# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHAQUITHIA LANETTE JACKSON,

  Plaintiff,

v.

                              CASE NO.: 4:24-cv-12451-SDK-CI

EXPERIAN DATA CORP. d/b/a
EXPERIAN RENT BUREAU.,

  Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN DATA CORP. d/b/a EXPERIAN RENT BUREAU.

COMES NOW Plaintiff, SHAQUITHIA LANETTE JACKSON, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN DATA CORP. d/b/a EXPERIAN RENT BUREAU., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 22nd day of November, 2024.

                                                **/s/Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Florida Bar #:0338620

          Georgia Bar #: 617963
          Pennsylvania #: 325066
          The Consumer Lawyers PLLC
          501 E. Kennedy Blvd., Ste 610
          Tampa, FL 33602
          Cell: (813)299-8537
          Facsimile: (844)951-3933
          Primary Email:
          Tav@theconsumerlawyers.com
          Secondary Email:
          Lisa@theconsumerlawyers.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 22nd day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

          **/s/Octavio Gomez**
          Octavio "Tav" Gomez
          Florida Bar #:0338620
          Georgia Bar #: 617963
          Pennsylvania #: 325066
          *Attorney for Plaintiff*